1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   EUGENE HAMILTON,                    1:08-cv-01967-OWW-GSA-PC

12            Plaintiff,                 ORDER ADOPTING FINDINGS
                                         AND RECOMMENDATIONS
13        vs.                            (Doc. 15.)

14   LARA, et al.,                       ORDER FOR THIS ACTION TO
                                         PROCEED ONLY AGAINST DEFENDANTS
15                                       GURRERO AND ARENIVAS, ON
              Defendants.                PLAINTIFF'S EIGHTH AMENDMENT
16                                       EXCESSIVE FORCE CLAIMS, AND
                                         DISMISSING ALL OTHER CLAIMS AND
17                                       DEFENDANTS

18   _____/

19            Eugene Hamilton ("plaintiff") is a state prisoner proceeding pro se in this civil rights

20   action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

21   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

22            On June 23, 2010, findings and recommendations were entered, recommending that

23   this action proceed only against defendants Gurrero and Arenivas on plaintiff's Eighth Amendment

24   excessive force claims, and that all other claims and defendants be dismissed based on plaintiff's

25   failure to state a claim.  (Doc. 15.)   Plaintiff was provided an opportunity to file objections to the

26   findings and recommendations within thirty days.   To date, plaintiff has not filed objections or

27   otherwise responded to the findings and recommendations.

28                                           1

1    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304,

2 this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

3 court finds the findings and recommendations to be supported by the record and proper analysis.

4    Accordingly, THE COURT HEREBY ORDERS that:

5    1.    The findings and recommendations issued by the Magistrate Judge on June

6    23, 2010, are adopted in full;

7    2.    This action now proceeds only against defendants Gurrero and Arenivas, on

8    plaintiff's Eighth Amendment excessive force claims;

9    3.    All remaining claims and defendants are dismissed from this action;

10    4.    Defendants Lara, Cohen, Braswell, Hicinbothom, Cano, Quinones, Junious,

11    Moon, Garnett, Wang, Labelle, Minn, Jalisman, McGuinness, Hall, Grannis,

12    Chrones, Adams, Tipton, Wilkins, Schutt, Schape, Doering, and Does 1-10

13    are dismissed from this action based on plaintiff's failure to state any claims

14    upon which relief may be granted against them;

15    5.    Plaintiff's claims for retaliation, due process, inadequate medical care, appeals

16    process violations, equal protection, all acts occurring at Lancaster State

17    Prison, claims for injunctive relief, and deprivation of yard time, showers,

18    meals, and access to medications are dismissed based on plaintiff's failure to

19    state a claim upon which relief may be granted under section 1983; and

20    6.    The Clerk is directed to reflect the dismissal of defendants Lara, Cohen,

21    Braswell, Hicinbothom, Cano, Quinones, Junious, Moon, Garnett, Wang,

22    Labelle, Minn, Jalisman, McGuinness, Hall, Grannis, Chrones, Adams,

23    Tipton, Wilkins, Schutt, Schape, and Doering on the court's docket.

24 IT IS SO ORDERED.

25 **Dated:    August 6, 2010**          _____/s/ Oliver W. Wanger_____
                                        UNITED STATES DISTRICT JUDGE

26

27

28                                    2